# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr13-5

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **REGINALD LAMOND FIELDS.** | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion to Remove which the Court construes as a motion for new court-appointed counsel.

On April 24, 2009, the Defendant entered into a plea agreement with the Government pursuant to which he pled guilty to one count of conspiracy to possess with intent to distribute cocaine base. [Doc. 199]. His presentence report has been completed but his sentencing hearing has not yet been scheduled.

Out of an abundance of caution, the Court will refer this matter to the Magistrate Judge for a status of counsel hearing.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion to Remove shall be scanned into the record, construed as a motion for new court-appointed counsel and referred to the Magistrate Judge for a status of counsel hearing.

Signed: October 7, 2009

Martin Reidinger
United States District Judge